ABRAMS FENSTERMAN, LLP
81 Main Street, Suite 400
White Plains, New York 10601
(914) 607-7010
Robert A. Spolzino

Counsel for Plaintiffs-Appellants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOSDOS CHOFETZ CHAIM INC.,<br><br>Debtor. | Chapter 11 - Post Confirmation<br><br>Case No. 12-23616-rdd |
| AARON D. GEWIRTZMAN, BENT PHILIPSON, DANIEL ROSENBLUM, JOSEPH GRUNWALD, MARK BLISKO, SHIMON ZAKS and RABBI MAYER ZAKS,<br><br>Plaintiffs,<br><br>- against -<br><br>YOM T. HENIG, SAMUEL MARKOWITZ, STEVEN GREEN, DANIEL GREEN and YEHUDAH BLUMINFELD,<br><br>Defendants. | Adv. Pro. No. 21-7030-rdd |

**NOTICE OF APPEAL**

Pursuant to Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, plaintiffs, Aaron D. Gewirtzman, Bent Philipson, Daniel Rosenblum, Joseph Grunwald, Mark Blisko, Shimon Zaks and Rabbi Mayer Zaks, by their undersigned counsel, hereby appeal as of right under 28 U.S.C. § 158(a)(1) from the Order Granting Summary Judgment with Prejudice and Terminating Adversary Proceeding entered by the United States Bankruptcy Court for the Southern District of New York on March 7, 2022 [ECF Docket No. 104] (the "Order"). A copy of

the Order is attached as Exhibit A.

The names of the parties and their respective attorneys of record are listed below:

Party | Name | Represented by

| Party | Name | Represented by |
|---|---|---|
| Plaintiffs-Appellants | Aaron D. Gewirtzman, Bent Philipson, Daniel Rosenblum, Joseph Grunwald, Mark Blisko, Shimon Zaks and Rabbi Mayer Zaks | Robert Spolzino<br>ABRAMS FENSTERMAN, LLP<br>81 Main Street, Suite 400<br>White Plains, New York 10601<br>914-476-0600<br>e-mail: rspolzino@abramslaw.com |
| Defendant | Yom T. Henig | Michael Levine<br>LEVINE & ASSOCIATES, P.C.<br>15 Barclay Road Scarsdale, NY 10583<br>914-600-4288<br>email: ml@levlaw.org |
| Defendants | Samuel Markowitz, Steven Green, Daniel Green and Yehuda Bluminfeld | Tracy L. Klestadt<br>KLESTADT WINTERS JURELLER SOUTHARD & STEVENS<br>200 West 41st Street, 17th Floor<br>New York, NY 10036-7203<br>212-972-3000<br>e-mail: tklestadt@klestadt.com |
| Non-party claimant | Congregation Radin Development Inc. | Tracy L. Klestadt<br>(same address as above) |

Dated: White Plains, New York
       March 17, 2022

Respectfully submitted,

ABRAMS FENSTERMAN, LLP

By: _____
    Robert A. Spolzino
    81 Main Street, Suite 400
    White Plains, New York 10601
    (914) 476-0600

Counsel for Plaintiffs-Appellants

2

# EXHIBIT A

---------------------------------------------------------------------------X

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| MOSDOS CHOFETZ CHAIM INC., | Case No. 12-23616-rdd |
| | : |
| Debtor. | |

---------------------------------------------------------------------------X

| | |
|---|---|
| AARON D. GEWIRTZMAN, BENT PHILIPSON, | |
| DANIEL ROSENBLUM, JOSEPH GRUNWALD, MARK | : Adv. Pro. No. 21-7030 |
| BLISKO, SHIMON ZAKS and RABBI MAYER ZAKS, | |
| | : |
| Plaintiffs, | |
| - against - | : |
| | |
| YOM T. HENIG, SAMUEL MARKOWITZ, STEVEN | : |
| GREEN, DANIEL GREEN and YEHUDAH BLUMINFELD, | |
| | : |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER GRANTING SUMMARY JUDGMENT
DISMISSING COMPLAINT WITH PREJUDICE
AND TERMINATING ADVERSARY PROCEEDING**

Defendants Yom T. Henig, Steven Green, Daniel Green and Yehuda Bluminfeld (the "Movants") having moved this Court under Fed. R. Civ. P. 56, incorporated by Fed. R. Bankr. P. 7056, for an order granting summary judgment dismissing the Plaintiffs' amended complaint in the above-captioned adversary proceeding (the "Motion"); and there being due and sufficient notice of the Motion and the hearing thereon; and the Court having jurisdiction over the Motion under 28 U.S.C. §§ 157(a)-(b) and 1334(b) as reserved in the confirmed chapter 11 plan in this case and the Court's order confirming such plan; and the Court having considered the Motion [DE-64], Movants' Rule 56 Statement of Uncontested Facts [DE-64-1], the exhibits annexed to the Motion [DE-64-2 through DE-64- 33], Movants' Memorandum of Law [DE-64-34], and Movants' Reply Memorandum of Law [DE-100], all in support of the Motion; and the Court having also considered the Declaration of Rabbi Mayer Zaks [DE-85-1] and the exhibits thereto [DE-85-2

through DE-85-10], the Declaration of Robert Spolzino [DE-85-11] and the exhibits thereto [DE-85-12 through DE-85-22], Plaintiffs' opposition Memorandum of Law [DE-23], Plaintiffs' responsive Rule 56 Statement [DE-85-24], and the declarations of David Aloni [DE-85-29], Ariel Dahan [DE-85-30], Ron Aronowitz [DE-85-31], Mark Blisko [DE-85-32], Menachem Feuer [DE-85-33], Aaron D. Gewirtzman [DE-85-34], Joseph Grunwald [DE-85-35], Adam Marlin [DE-85-36], Rabbi Dr, Yitzchak Ginsberg [DE-85-37], Ari Ralbag [DE-85-38], Daniel Rosenblum [DE-85-39], Shimon Zaks [DE-85-40], Barry Sorscher [DE-85-41], Yaakov Weingarten [DE-85-42], and Eli Weiss [DE-85-43], all submitted in opposition to the Motion; and the Court having conducted a hearing on the Motion on March 4, 2020 (the "Hearing") at which it heard and considered the arguments of counsel for the Movants and the Plaintiffs; and at the Hearing counsel for Counterclaim Plaintiff Congregation Radin Development Inc. having withdrawn its counterclaims without prejudice, rendering Plaintiffs/Counterclaim Defendants' motion to dismiss such counterclaims moot; and, after due deliberation, the Court having stated its ruling and order at the conclusion of the Hearing; now, for the reasons stated by the Court on the record during the Hearing, it is hereby

**FOUND AND DETERMINED** that, there being no material issue of fact with respect thereto, (i) none of the Plaintiffs are officers, trustees, members, or otherwise in control of Congregation Radin Development Inc., and (ii) the persons who allegedly elected them as such were not congregants or members of Congregation Radin Development Inc. with authority to elect them as such; and it is further

**ORDERED AND ADJUDGED** that Movants' Motion for summary judgment is granted in all respects, and the complaint in this Adversary Proceeding accordingly is dismissed with prejudice; and it is further

2

**ORDERED**, that and the Clerk of the Court shall mark this Adversary Proceeding terminated and closed; and it is further

**ORDERED** that the Court shall retain jurisdiction to resolve all matters relating to or arising in connection with the interpretation, enforcement and/or implementation of this Order.

Dated: White Plains, New York
March 7, 2022

*/s/Robert D. Drain*
Hon. Robert D. Drain
United States Bankruptcy Judge