**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AARON D. GEWIRTZMAN, et al.,

                Appellants,

    -against-                                         22 **CIVIL** 2450 (PMH)

                                                 **JUDGMENT**

SAMUEL MARKOWITZ, et al.,

                Respondents.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 13, 2022, the Bankruptcy Court's March 7, 2022 Order at Br. Doc. 104 is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York

      October 13, 2022

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                           **Clerk of Court**

                            **BY:**    *K. Mango*
                                                          _____
                                                           **Deputy Clerk**